UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11311-GAO

UNITED STATES OF AMERICA,
Plaintiff,

v.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY and
MASSACHUSETTS BAY COMMUTER RAILROAD COMPANY, LLC,
Defendants.

ORDER
October 6, 2010

O'TOOLE, D.J.

The United States has moved, with the assent of the defendants, for the entry of a consent decree in the form previously filed with this Court and lodged in the Federal Register to provide an opportunity for public comment. One comment was received. After review of the complaint, the proposed consent decree, the government's submissions in support of its motion, and the comment received in response to the publication of the decree in the Federal Register, I agree with the government's assertion that the circumstance posited by the comment has a low likelihood of occurring and that the benefits to be achieved by the implementation of the consent decree far outweigh any speculative benefit that might be obtained by refusing approval. Accordingly, I approve the entry of the proposed consent decree, and it will be entered as an order of this Court.

    /s/ George A. O'Toole, Jr.
United States District Judge